■ SHIRLEY BARETZ et al., Appellants, v. ABRAHAM NEMERSON et al., Doing Business as ABRAHAM NEMERSON & SON, or THE NEMERSON HOTEL, Respondents.— Order, dated January 2, 1959, denying plaintiffs' motion for leave to reargue defendants' motion to dismiss this action for lack of prosecution, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur— Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ WASHINGTON GREEN APARTMENTS v. ELINOR BUSALACCHI.— Motion for a stay granted on condition that the tenant continues to pay $93.38 as rent on the first day of each month and continues the bond heretofore posted pending the hearing and determination of the appeal and on the further condition that appellant argues or submits the appeal on September 28, 1960. Concur— Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ In the Matter of THOMAS F. FITZMAURICE against ROBERT MOSES et al., Constituting the Triborough Bridge and Tunnel Authority.— Motion for a stay and for leave to dispense with printing granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before October 4, 1960, with notice of argument for the November 1960 Term of this court, said appeal to be argued or submitted when reached; and on the further condition that the original answer and return, to which is attached a mimeographed copy of the transcript of the disciplinary hearing held before the respondents, is filed with this court on or before October 26, 1960. Concur— Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ In the Matter of RICHARD ANCOSHIAN, as Administrator of the Estate of KARNIG ANCOSHIAN, Deceased, Respondent. VARTAN ANCOSHIAN, Appellant.— Motion for an extension of time granted insofar as to extend the time for respondent-appellant to serve and file the record on appeal and appellant's points to and including October 4, 1960, with notice of argument for the November 1960 Term of this court, said appeal to be argued or submitted when reached. Concur— Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ MILDRED FLEER v. MARTIN FLEER.— Motion for a stay granted and the plaintiff and her attorney are stayed from taking any proceedings to collect the counsel fee awarded under the order appealed from, pending the hearing and determination of the appeal, on condition that the appellant serves one copy of the typewritten appellant's points upon the attorney for respondent and files six typewritten copies thereof with this court on or before September 22, 1960, with notice of argument for October 4, 1960, said appeal to be argued or submitted when reached. Respondent's points are to be served and filed on or before September 28, 1960. Concur— Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

## (September 15, 1960)

■ JAMES P. REGAN v. BEEKMAN DOWNTOWN HOSPITAL et al.— Motion to dismiss appeal as to the defendant-respondent Beekman Downtown Hospital granted, with $10 costs. Concur— Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ FRANCES FROMKES v. NORTHEASTERN LIFE INSURANCE COMPANY OF NEW YORK.— Motion for a stay granted on consent. Concur— Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.